# UNITED STATES DISTRICT COURT

## Northern District of Mississippi

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| ADRIAN WILLIAMS | Case No.   4:19-MJ-1002-JMV-1 |
| | USM No. |
| | Whitman D. Mounger |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    Traffic Offense - Failure to Use Safety Belt

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.15(a) | Failure to Use Safety Belt | 01/31/2019 | 3 |

☑ Count(s)   1 and 2                    ☐ is   ☑ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** |  | **Fine** |
|---|---|---|---|
| **Total:** | $   40.00 | $ | 100.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   4347

Defendant's Year of Birth:   1998

City and State of Defendant's Residence:
Tupelo, MS

04/18/2019
Date of Imposition of Judgment

Signature of Judge

Jane M. Virden,                    U.S. Magistrate Judge
Name and Title of Judge

07/10/2019
Date

DEFENDANT:  ADRIAN WILLIAMS

CASE NUMBER:  4:19-MJ-1002-JMV-1

DISTRICT:      Northern District of Mississippi

### Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.


Defendant's Soc. Sec. No.:        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

Defendant's Date of Birth:        08/23/1998

Defendant's Residential Address: 150 Twin Creek Lane
Tupelo, MS 38801



Defendant's Mailing Address:
(if different)